**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-94 (JEB)** |
| **v.** | : | |
| **ARTEMIO JACOBO-MAGANA,** | : | |
| **AARON JAMES LANDRY,** | : | |
| **MATTHEW THOMAS KENT,** | : | |
| **COLTON KEET HUTHSING,** | : | |
| **RENE ALEXANDER ACOSTA,** | : | |
| **JAVIER GOMEZ-FRANCO,** | : | |
| **JOSHUA GLEN TAYLOR,** | : | |
| **ROBERT DAVID FITCH,** | : | |
| **MICHAEL ROBERT SPITZER,** | : | |
| **SCOTT PATRICK MORGAN,** **also known as "Scotty Rox,"** | : | |
| **KENNETH HAROLD ARCHER,** | : | |
| **Defendants.** | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING AND TOLL SPEEDY TRIAL ACT CLOCK**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, with the consent of all defense attorneys, hereby respectfully moves the Court to vacate the status hearing presently scheduled for October 9, 2026, to reset it in approximately 60 to 90 days, and to toll the Speedy Trial Act Clock until the next status hearing. In support of this motion, the United States provides the following:

1. On July 10, 2026, the Court held a status hearing in this 11-codefendant case, and set October 9, 2026, at 10:30 a.m., as the next status hearing.
2. Since July 10, 2026, the government has produced further discovery and has prepared extensive additional discovery for production, including considerable electronic evidence. The parties have also been involved in substantial plea discussions.
3. The parties need additional time to produce and review discovery, conduct further plea negotiations, and for the defense attorneys to advise their respective clients on how best to proceed, including with respect to potential non-trial resolution.
4. The parties are unaware of any urgent matters arising in this case which would need to be addressed at an in-person status hearing on October 9, 2026.
5. Counsel for the United States have communicated with all defense attorneys, and they consent to this motion. All defense attorneys have agreed to a 60-to-90-day continuance, while some would prefer a 90-day continuance. All defense attorneys have agreed to toll the Speedy Trial Clock until the next status hearing as scheduled by the Court.
6. For these reasons, it is requested that the Court vacate the status hearing set for October 9, 2026, at 10:30 a.m., and set the next status hearing in approximately 60 to 90 days. Furthermore, for the same reasons (i.e., to review discovery, allow the production of additional discovery, and to decide how best to proceed in this case, and to engage in additional plea discussions), it is requested that the Court toll the Speedy Trial Act Clock until the next scheduled status hearing on the grounds that the interests of justice served by this action outweigh the interests of the defendants and the public in a speedy trial.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ George Eliopoulos*
George Eliopoulos
Assistant United States Attorney
D.C. Bar No. 390601
Matthew W. Kinskey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-94 (JEB)** |
| **v.** | : | |
| **ARTEMIO JACOBO-MAGANA,** | : | |
| **AARON JAMES LANDRY,** | : | |
| **MATTHEW THOMAS KENT,** | : | |
| **COLTON KEET HUTHSING,** | : | |
| **RENE ALEXANDER ACOSTA,** | : | |
| **JAVIER GOMEZ-FRANCO,** | : | |
| **JOSHUA GLEN TAYLOR,** | : | |
| **ROBERT DAVID FITCH,** | : | |
| **MICHAEL ROBERT SPITZER,** | : | |
| **SCOTT PATRICK MORGAN,**<br>**also known as "Scotty Rox,"** | : | |
| **KENNETH HAROLD ARCHER,** | : | |
| **Defendants.** | : | |

**ORDER**

For the reasons discussed in the Consent Motion to Continue Status Hearing and Toll Speedy Trial Act Clock, the motion is granted. **IT IS HEREBY**

**ORDERED** that the status hearing scheduled for October 9, 2026, is vacated and rescheduled for ________________________________________ at ________ in Courtroom 22A. **IT IS FURTHER**

**ORDERED** that the Speedy Trial Act Clock is tolled until the next status hearing on ________________________________________ to allow additional time for the parties to review discovery, produce additional discovery, conduct plea negotiations, and decide how best to proceed in this case), the interests of justice served by this action outweigh the interests of the defendants and the public in a speedy trial.

**ORDERED** this _______ day of _______________, 2026.

____________________________________
THE HONORABLE JAMES E. BOASBERG
CHIEF JUDGE, U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA